**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

**PARASTOO BAHRAMI, M. D.,**
        Plaintiff(s),

-against-

**ANDREA QUARANTILLO, District Director, United States Bureau of Citizenship and Immigration Services; et al.,**
        Defendant(s).
----------------------------------------------------------X

JUDGE SWAIN
Index No. 07 CV 5971

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                S.S.:
COUNTY OF NEW YORK)

**ROBERT MILLS**, being duly sworn, deposes and says:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

That on the 26th day of June 2007, at approximately 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR WRIT OF MANDAMUS, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS** upon Andres Quarantillo District Director c/o US Bureau of Citizenship and Immigration Services New York District Office at 26 Federal Plaza, New York, NY 10278, by personally delivering and leaving the same with Alice Montiel, Staff Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Alice Montiel is a white female, approximately 37 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 165 pounds with brown hair and dark eyes.

_Robert Mills_
**ROBERT MILLS #1004298**

Subscribed and sworn to this
28th day of June, 2007

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

JUL.12.2007  1:20PM   DLS, INC.                                          NO.480   P.2

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARASTOO BAHRAMI, M.D.,

        Plaintiff,                         Case No. 07 CV 5971
                                            (Judge Swain)

        -against-                          AFFIDAVIT OF SERVICE

ANDREA QUARANTILLO, District Director,
United States Bureau of Citizenship and
Immigration Services, et al.,

        Defendants.
------------------------------------------------------------X

STATE OF MARYLAND         )
      S.S.:
COUNTY OF BALTIMORE CITY  )

      Andre S. Powell, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 27th day of June, 2007, at approximately the time of 10:45a.m., deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WRIT OF MANDAMUS; CIVIL COVER SHEET; ECF FILING GUIDELINES; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon MICHAEL CHERTOFF, Secretary at U.S. Bureau of Citizenship and Immigration Services, Fallon Federal Building, 31 Hopkins Plaza, 1st Floor, Baltimore, MD, by personally delivering and leaving the same with Linda Kosmickey who informed deponent that she holds the position of authorized agent with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Linda Kosmickey is a White, Female, approximately 45 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with Brown hair.

PROCESS SERVER
Andre S. Powell

Sworn to before me this
19th day of July, 2007

NOTARY PUBLIC
Betty A. Brown
My Commission Expires: 12/1/07

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

Parastoo Bahrami, M.D.,

V.

ANDREA QUARANTILLO, District Director, United States Bureau of Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 5971

JUDGE SWAIN

TO: (Name and address of Defendant)

Michael Chertoff, Secretary
Department of Homeland Security
Fallon Federal Building
31 Hopkins Plaza, 1st Floor
Baltimore, MD 21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Gibson, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JUN 22 2007

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PARASTOO BAHRAMI, M.D.,

        Plaintiff,

-against-

ANDREA QUARANTILLO, District Director,
United States Bureau of Citizenship and
Immigration Services, et al.,

        Defendants.
----------------------------------------------------------X

Case No. 07 CV 5971
(Judge Swain)

AFFIDAVIT OF SERVICE

STATE OF MARYLAND    )
    S.S.:
COUNTY OF BALTIMORE CITY  )

    Andre S. Powell, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 27th day of June, 2007, at approximately the time of 10:45 a.m. deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WRIT OF MANDAMUS; CIVIL COVER SHEET; ECF FILING GUIDELINES; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon EMILIO T. GONZALEZ, Director at U.S. Bureau of Citizenship and Immigration Services, Fallon Federal Building, 31 Hopkins Plaza, 1st Floor, Baltimore, MD, by personally delivering and leaving the same with Linda Kosmickey who informed deponent that she holds the position of authorized agent with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

Linda Kosmickey is a **White, Female**, approximately **45** years of age, stands approximately **5** feet **10** inches tall, weighs approximately **165** pounds with **Brown** hair.

PROCESS SERVER
Andre S. Powell

Sworn to before me this
19th day of July, 2007

NOTARY PUBLIC
Betty A. Brown
My Commission Expires: 12/1/07

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Parastoo Bahrami, M.D.,

V.

ANDREA QUARANTILLO, District Director, United States Bureau of Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 5971

JUDGE SWAIN

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
Bureau of Citizenship and Immigration Services
Fallon Federal Building
31 Hopkins Plaza, 1st Floor
Baltimore, MD 21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Gibson, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 22 2007