


U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

86 Chambers Street
New York, New York 10007

September 27, 2007

VIA FACSIMILE
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 8 2007

Re: Bahrami v. Quarantillo
    07 Civ. 5971 (LTS)

Dear Judge Swain:

The parties in the above-captioned case respectfully request an adjournment of the pre-trial conference that is currently scheduled for tomorrow morning, September 28, 2007, at 10:00 a.m. The reason for the adjournment is that the plaintiff seeks an order compelling the defendants to adjudicate her application for naturalization, and this Office has been informed by officials for the Department of Homeland Security that plaintiff's file is now being reviewed for rescheduling of her naturalization interview. Thus, an adjournment would give the defendants additional time to adjudicate plaintiff's naturalization application, which would render this case moot.

In a conversation with Your Honor's law clerk, we were informed that December 21, 2007, at 3:30 p.m. is convenient for the Court. Thank you for your consideration of this request.

*The conference is adjourned to December 21, 2007 at 3:30 pm.*

Respectfully,

SO ORDERED.

/s/ Laura Taylor Swain  9/27/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: /s/ David Bober
DAVID BOBER
Assistant United States Attorney
Tel: (212) 637-2718

cc: Daniel Anna, Esq. (via facsimile)
    Michael H. Gibson, Esq. (via facsimile)

Copies ~~mailed~~ Faxed to Deft Atty 9-27-07
Chambers of Judge Swain

TOTAL P.02