UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

PARASTOO BAHRAMI,

           Plaintiff,        **ECF CASE**

   v.

                                         07 Civ. 5971 (LTS)

ANDREA QUARANTILLO, et al.

           Defendants.        <u>NOTICE OF APPEARANCE</u>

------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         September 28, 2007

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                   By:    /s/_____
                                                     DAVID BOBER
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2718
                                                     Facsimile: (212) 637-2786
                                                     Email: <u>david.bober@usdoj.gov</u>

To:    Micheal H. Gibson
         230 Park Ave., Suite 1130
         New York, NY 10169

         Daniel G. Anna, Esq.
         533-A Darlington Road
         Media, PA 19063