

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 2 0 2007

December 19, 2007

**VIA FACSIMILE**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: Bahrami v. Quarantillo
07 Civ. 5971 (LTS)

Dear Judge Swain:

The parties in the above-captioned case respectfully request an adjournment of the pre-trial conference that is currently scheduled for Friday, December 21, 2007, at 3:30 p.m. The reason for the adjournment is that the plaintiff has recently been interviewed and fingerprinted in connection with her naturalization application, and an adjournment would give the defendants additional time to adjudicate the application, which would render this case moot. The parties jointly request an adjournment of sixty days, until February 19, 2008.

This is the parties' second request for an adjournment. The first request was granted on September 28, 2007.

Thank you for your consideration of this request.

*The request is granted. The conference is adjourned to February 22, 2008 at 10:30AM.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

**SO ORDERED.**

/s/ 12/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: /s/
DAVID BOBER
Assistant United States Attorney
Tel: (212) 637-2718

cc: Daniel Anna, Esq. (via facsimile)