

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  FEB 2 1 2008
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 20, 2008

VIA FACSIMILE
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

                  Re:    Bahrami v. Quarantillo
                          07 Civ. 5971 (LTS)

Dear Judge Swain:

       The parties in the above-captioned case respectfully request an adjournment of the pre-trial conference that is currently scheduled for this Friday, February 22, 2008, at 10:30 a.m. The reason for the request is that the plaintiff has been notified to appear for a naturalization oath ceremony on the same day at 9 a.m. As this case concerns the alleged unreasonable delay in the adjudication of plaintiff's application for naturalization, this case will be moot as soon as plaintiff is naturalized. Assuming that occurs on Friday, the parties anticipate entering into a stipulation next week that would, once so-ordered by the Court, dismiss this case as moot.

       This is the parties' third request for an adjournment. The first and second requests were granted on September 28, 2007, and December 20, 2007, respectively.

       The parties thank the Court for its consideration of this request.

*The conference is adjourned to March 19, 2008, at 4:30 pm. Congratulations to all on the approval of the citizenship application.*
SO ORDERED.

/s/ Laura Taylor Swain  2/20/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
Tel: (212) 637-2718

cc:    Daniel Anna, Esq. (via facsimile)