**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718
david.bober@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PARASTOO BAHRAMI,

              Plaintiff,

    - v. -

ANDREA QUARANTILLO, et al.,

              Defendants.
-----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 5971 (LTS)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
March 17, 2008

ANNA & ANNA, P.C.
Attorneys for Plaintiff

By: _____
DANIEL G. ANNA, ESQ.
533-A Darlington Rd.
Media, PA 19063
Tel. No.: (610) 358-5976

Dated: New York, New York
March 17, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____ 3/18/08
HON. LAURA TAYLOR SWAIN
United States District Judge

TOTAL P.02